UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SYLVESTER ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>RAVAL INVESTMENT GROUP GA, LLC and MAYUR RAVAL,<br><br>    Defendants. | **Civil Action File No.:**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Sylvester Ellis ("Mr. Ellis") states his complaint against the above-named Defendants as follows.

1. This is a complaint for unpaid overtime wages in violation of the Fair Labor Standards Act ("FLSA").

2. This Court has jurisdiction over Mr. Ellis's claims, and venue is proper in this Court.

3. Defendant Raval Investment Group GA, LLC ("RIG") operates a restaurant in Atlanta, Georgia known as Baja Fresh.

4. During each of the three years preceding the filing of this complaint, RIG's gross annual sales were greater than $500,000.

5. During each of the three years preceding the filing of this complaint, RIG employed more than 2 employees who were engaged in interstate commerce.

6. Defendant Mayur Raval ("Raval") owns and operates RIG and actively manages the company.

7. As the owner and manager of RIG, Raval determines and controls the company's methods of compensating its employees, including Mr. Ellis.

8. During the three-year period preceding the filing of this complaint, RIG and Raval (collectively "Defendants") jointly employed Mr. Ellis at the Baja Fresh located at 250 Park Avenue West NW in Atlanta, Georgia.

9. Defendants paid Mr. Ellis a flat rate per hour for each of his working hours.

10. Mr. Ellis routinely worked more than 40 hours per week during his employment with Defendants.

11. Defendants did not pay Mr. Ellis time-and-a-half for his working hours in excess of 40 per week.

12. Defendants violated the FLSA by failing to pay Mr. Ellis overtime pay, i.e., 1.5 times his regular hourly rate for his working hours over 40 per week.

Based on the above facts, Mr. Ellis demands a jury trial on all triable issues and asks the Court for the following relief: unpaid overtime wages, liquidated damages as permitted by the FLSA, prejudgment interest, litigation costs,

attorneys' fees, and other relief deemed appropriate by the Court.

 Respectfully submitted on November 27, 2018.

*s/ Regan Keebaugh*
Regan Keebaugh
Georgia Bar No. 535500

Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
T: (678) 271-0300
F: (678) 271-0311
regan@decaturlegal.com